DC/2003R00662

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag No.: 03-3034 |
| V. | : | |
| DANNY KOYE | : | |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the Complaint, Mag. No. 03-3034, against defendant Danny Koye, which was filed on June 16, 2003, and which charges a violation of Title 18, United States Code, Section 2256(8)(A) and Section 2252A(a)(5)(B), because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. Patty Shwartz
United States Magistrate Judge

DATE: 6/17/08